AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the
District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 OCT 16 PM 1:22

OFFICE OF THE CLERK

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   8:13MJ299
)
Goodfellas business at 613/623 South 16th Street, )
Omaha, Nebraska, Ruby Venditte, Louis Venditte, and )
electronic equipment )

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Nebraska _____
*(identify the person or describe the property to be searched and give its location)*:
Goodfellas business at 613/623 South 16th Street, Omaha, Nebraska, Ruby Venditte (her person), Louis Venditte (his person), cellular telephones, and electronic equipment, specifically identified in paragraphs 1,3,4,6,7 of Attachment A and A-1

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   October 17, 2013
  *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
THOMAS D. THALKEN                                                   .
       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for _____ days *(not to exceed 30)*.
                                                                  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   10/9/13 @ 11:10 am                 _____
                                                                                                        *Judge's signature*

City and state:   Omaha, Nebraska                    THOMAS D. THALKEN, U.S. Magistrate Judge
                                                                               *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:13MJ296 | Date and time warrant executed: 10/9/2013 7:30pm | Copy of warrant and inventory left with: Louis and Ruby Venditte |
| Inventory made in the presence of: Louis and Ruby Venditte, S/A Michele Neily, S/A Josephine Nunez, S/A Anna Brewer, S/A De Emigh | | |
| Inventory of the property taken and name of any person(s) seized: See attached | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/15/2013

*Executing officer's signature*

Special Agent Josephine Nunez
*Printed name and title*

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 31B-OM-2728756

On (date) 10/9/13

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) GOODFELLAS
(Street Address) 623 South 16th Street
(City) Omaha, NE

Description of Item(s): (1) $15 (One $10 bill & One $5 bill); (2) Applications For Employment - Time Cards; (3) Payroll Checks Payable to Melanie Johnson #1659, #1741; (4) Misc Financial Documents - Payroll Receipts And Logs; (5) Two Empty Envelopes Names Ashley And Tina On Them; (6) Envelope With $100 Name Pearl On It (Five $20 bills); (7) $220 U.S.C. all in 20s; (8) $100 UK All In 20s; (9) Misc Receipts, Allocator Order/Delivery Receipts, Bank Statements and Receipts; (10) Names, Phone Numbers And List Of Pour On Notepad And Business Cards; (11) $207 USC; (12) $1,061 USC; (13) $64 U.S.C., $20 U.S.C., $50 USC; (14) Notebook; (15) Blue Plastic Container With Condoms; (16) Cricket Cell Phone-Lou; (17) Notebooks - Names And Numbers — search warrant for business cells and Ruby person left w/ Ruby and Lem person left w/ Ruby.

Received By: (Signature) FBI SA Omaha    Received From: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 10-9-13

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Ruby Venditte
(Street Address) 613/623 South 16th Street
(City) Omaha, NE

Description of Item(s): ① Samsung Cricket cell phone - 402-452-1955  ② 481.00 in US. currency

Received By: _____ (Signature)
Received From: Ruby A. Venditte (Signature)