FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 APR 24 PM 2:45

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>Goodfellas business at 613/623 South 16th Street, Omaha, Nebraska, Ruby Venditte, Louis Venditte, and electronic equipment | 8:13MJ299<br><br>ORDER TO UNSEAL SEARCH WARRANT, APPLICATION AND AFFIDAVIT |

IT IS SO ORDERED.

Dated this 24th day of April, 2014.

BY THE COURT:

_____
THOMAS D. THALKEN
Magistrate Judge
United States District Court

2 cert to USA